### LINDSEY *v.* McCRANIE *et al.*

SIMMONS, C. J.. Under the facts disclosed by the record the trial judge did not abuse his discretion in refusing an injunction.

*Judgment affirmed. All the Justices concur.*

Argued July 14, — Decided August 12, 1904.

Petition for injunction. Before Judge Parker. Coffee superior court. March 31, 1904.

*Watts Powell, J. W. Powell,* and *Z. D. Harrison,* for plaintiff. *Quincey & McDonald,* for defendants.